UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance in:<br><br>ALEJANDRA CECILLIA GENNA,<br><br>                     Plaintiff,<br><br>    v.<br><br>MICROSOFT DE ARGENTINA S.R.L.,<br><br>                     Defendant. | CASE NO. 2:25-mc-00082-JHC<br><br>ORDER APPOINTING COMMISSIONER UNDER 28 U.S.C. § 1782 |

Upon application of the United States of America, on behalf of the National Court of Labor of First Instance No. 42, in and for the city of Buenos Aires, Argentina, seeking information from Microsoft who resides within the jurisdiction of this Court, for use in a judicial proceeding in Argentina and the Court having read the Letter of Request (Exhibit A to the Declaration of Kristin B. Johnson, Dkt. 1-2), from Judge Ricardo Diego Hierrezuelo, Esq., from the National Court of Labor of First Instance No. 42, in the city of Buenos Aires, Argentina, Dkt. # 1, and being fully informed in the premises, it is hereby

ORDERED, under the authority contained in 28 U.S.C. § 1782 that Kristin B. Johnson, Assistant United States Attorney for the Western District of Washington, is hereby appointed as

1  Commissioner to take such steps as are necessary to obtain information from Microsoft in
2  conformity with the legally permissible portions of the Letter of Request (as set forth in Exhibit A to
3  the Declaration of Johnson, Dkt. 1-2), to certify the information provided by Microsoft in response
4  thereto, to submit such answers to the United States Attorney for the Western District of Washington
5  for transmission to the Office of International Judicial Assistance, United States Department of
6  Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

DATED this 12th day of December, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge